UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSEPH R. GRIEVESON, ) ) Plaintiff, ) vs. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) | No.   1:04-cv-1712-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is dismissed for lack of jurisdiction.

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date:  08/18/2005

Copies to:

Joseph Grieveson, Reg. No. 06322-028, P.O. Box 2000, White Deer, PA   17887
Jeffrey L. Hunter, Office of the United States Attorney, 10 West Market Street,
      Suite 2100, Indianapolis, IN   46204-3048